UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

ERIC V. VALTEAU                                           CIVIL ACTION

VERSUS                                                    NO: 10-1982

MARLIN GUSMAN, CRIMINAL                                   SECTION: R(4)
SHERIFF, ET. AL

**ORDER**

The Court, finding that as of this date neither party has filed any objections to the Magistrate Judge's Partial Report and Recommendation,[1] hereby approves the Partial Report and Recommendation and adopts it as its opinion.

Accordingly,

IT IS ORDERED that Valteau's section 1983 claims against Sheriff Marlin Gusman and the Louisiana Department of Corrections are DISMISSED WITH PREJUDICE as frivolous and for failure to state a claim for which relief can be granted pursuant to 28 U.S.C. §§ 1915(e) and 1915A and 42 U.S.C. § 1997e.

IT IS FURTHER ORDERED that Valteau's section 1983 claims against Major Carlos Louque for conditions of confinement, due process, and access to medical care are DISMISSED WITH PREJUDICE as frivolous and for failure to state a claim for which relief can be granted pursuant to 28 U.S.C. §§ 1915(e) and 1915A and 42 U.S.C. § 1997e.

---

[1] R. Doc. 7.

IT IS FURTHER ORDERED that Valteau's freedom of religion claim against Major Carlos Louque shall proceed.

New Orleans, Louisiana, this 19th day of July, 2011.

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE